UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

BETTY A. SPENCER and
CURLIE C. SPENCER, her husband

    Plaintiffs

v.                       Civil Action No.: 2:04-0850

SYLVESTER LEE HARRIS and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

    Defendants

JUDGMENT ORDER

        Pursuant to the memorandum opinion and order this day entered herein, it is ORDERED and ADJUDGED that the above-styled civil action be, and it hereby is, remanded to the Circuit Court of Kanawha County, West Virginia.  It is further ORDERED that this action be stricken from the docket of the court.

        The Clerk is directed to forward copies of this order to all counsel of record and to the Clerk of the Circuit Court of Kanawha County, West Virginia.

        DATED: April 26, 2005

        John T. Copenhaver, Jr.
        United States District Judge